IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MELISSA GREEN**                                                           **PLAINTIFF**

V.                                **CIVIL ACTION NO. 2:15-CV-156-KS-MTP**

**LAKEVIEW LOAN SERVICING, LLC,** *et al.*              **DEFENDANTS**

### ORDER

On April 17, 2017, Defendants filed Motions for Summary Judgment [66, 68]. Plaintiff shall file responses on or before **May 1, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of Plaintiff's responses but no later than **May 8, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages for each motion, and Plaintiff's responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the __18th__ day of April, 2017.

                                             s/Keith Starrett
                                             UNITED STATES DISTRICT JUDGE