# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MELISSA GREEN**                                                                   **PLAINTIFF**

**V.**                      **CIVIL ACTION NO. 2:15-CV-156-KS-MTP**

**LAKEVIEW LOAN SERVICING, LLC,** *et al.*                    **DEFENDANTS**

## ORDER

On May 22, 2017, Plaintiff filed a Motion for Reconsideration [79]. Defendants shall respond on or before **June 5, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to reply, she must do so within seven days of the filing of Defendants' response but no later than **June 12, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendants' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the __24th__ day of May, 2017.

                                                 ___s/Keith Starrett_____
                                                 UNITED STATES DISTRICT JUDGE