# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MELISSA GREEN**                                                     **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 2:15-CV-156-KS-MTP**

**LAKEVIEW LOAN SERVICING, LLC,** *et al.*             **DEFENDANTS**

## ORDER

On May 24, 2017, Defendant Lukeith Ridgeway filed a Motions for Reconsideration [81]. Plaintiff shall respond on or before **June 7, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, he must do so within seven days of the filing of Plaintiff's response but no later than **June 14, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the ___25th___ day of May, 2017.

                                                                s/Keith Starrett
                                                  UNITED STATES DISTRICT JUDGE