IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MELISSA GREEN**                                                                                           **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 2:15-CV-156-KS-MTP**

**LAKEVIEW LOAN SERVICING, LLC,** *et al.*                                **DEFENDANTS**

### ORDER

On July 27, 2017, Defendant Lukeith Ridgeway filed his Motions in Limine [90, 91, 92]. Plaintiff shall respond to the motions on or before **August 10, 2017.** No extensions of this deadline will be granted, in light of the pretrial conference scheduled for August 17, 2017.

SO ORDERED AND ADJUDGED, on this, the  31st   day of July, 2017.


                                                    s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE